FILED
MAR 17 2005
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN TIBBITTS,<br><br>    Defendant. | CR 02-50044<br><br>GOVERNMENT MOTIONS IN LIMINE |

Comes now the United States of America, through its attorneys, Michelle G. Tapken, Acting United States Attorney, and Gregg S. Peterman, Assistant United States Attorney, to move in limine to bar the defendant from introducing certain evidence.

**I. Evidence of Alibi**

On November 24, 2004, the United States requested alibi notice pursuant to Federal Rule of Criminal Procedure 12.1. Under the rule, once a valid alibi notice request has been filed by the government, the defendant must, "[w]ithin 10 days after the request, or at some other time the court sets" (the Court did not herein set a different time for service of alibi notice), the defendant must serve his alibi notice. To date, the defendant has not served alibi notice. Subsection (e) of the same rule provides for exclusion of "the testimony of any

1

undisclosed witness regarding the defendant's alibi." Fed.R.Crim.P. 12(e). The United States respectfully this Court bar the defendant from introducing evidence of alibi. <u>United States v. Nelson-Rodriguez</u>, 319 F.3d 12, 35 (1st Cir. 2003)(exclusion of evidence proper for late filing of notice).

## II. Evidence of Victim's Substance Abuse

The United States has reason to believe the defendant will seek to disparage the victim through evidence of her use of alcohol and possibly marijuana on occasions *other then during the course of this assault upon her by the defendant*. Elicitation of this evidence would constitute an improper attack on the character of the victim under Federal Rule of Evidence 608(a). Such evidence, if true, says nothing about the victim's character for truthfulness nor is it otherwise relevant. Fed.R.Evid. 402.

Dated this 17th day of March, 2005.

MICHELLE G. TAPKEN
Acting United States Attorney
By:

_____
GREGG S. PETERMAN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    I, Gregg S. Peterman, hereby certify that I served a true and correct copy of the above and foregoing Government Motions in Limine on Monica D. Thomas, Assistant Federal Public Defender, 703 Main Street, 2nd Floor, Rapid City, South Dakota, by first class mail, postage prepaid, and by facsimile transmission this 17th day of March, 2005.

                                                                        Gregg S. Peterman